**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02585-RTG

ANYIE DARIELYS RANGEL GUTIERREZ,

Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility (Aurora Ice Processing Center),
GEORGE VALDEZ, Field Office Director, Enforcement and Removal Operations, Denver Field Office, U.S. Immigration and Customs Enforcement,
TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

In response to the Court's Order Directing Petitioner to Cure Deficiency (ECF No. 3) Petitioner has submitted an Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction (ECF No. 4). Petitioner has not cured the deficiency specified in the Order Directing Petitioner to Cure Deficiency.

Petitioner will be given one more opportunity to cure the deficiency and must do so on or before August 10, 2026. In order to cure the deficiency Petitioner must filed on the proper form an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Petitioner is reminded that the action will be dismissed without further notice if she fails to cure the deficiency within the time allowed.

Dated: July 17, 2026

---